PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Tajara Barnes**                                    Docket No. **09-215-7**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Nichole Brown-Morin** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Tajara Barnes**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at 50 Walnut Street, 2D, Newark, NJ, 07101, on January 16, 2009, under the following conditions:

**$100,000 unsecured appearance bond co-signed by the father of the defendant, Noel Barnes**

-Pretrial Services supervision
-Tonya Britt, mother, to act as third party custodian
-The defendant shall reside with her third party custodian
-Surrender passport/do not make application for new travel documents
-Travel restricted to Eastern District of New York and New Jersey unless otherwise approved by Pretrial Services
-Seek and/or maintain employment
-The defendant shall not have contact with the co-defendants in this matter

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER modify the present conditions of release to include mental health treatment.

ORDER OF COURT

Considered and ordered this 7 day of Oct, 2009 and ordered filed and made a part of the records in the above case.

_____
Dennis M. Cavanaugh
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2009

_____
Nichole Brown-Morin
U.S. Pretrial Services Officer