UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | CRIMINAL NO.: 09-215 (DMC) |
| vs. | : | |
| | : | |
| | : | ORDER MODIFYING CONDITIONS OF |
| | : | PRETRIAL RELEASE |
| TAJARA BARNES, | : | |
| Defendant. | : | |

This matter having been opened to the Court upon an application by Paul Condon, Esq., appearing for Defendant Tajara Barnes, for an Order modifying the conditions of Defendant's pretrial release, and with defense counsel having secured the consent of Nichole Brown of the District of New Jersey Pretrial Services, Melony C. Bedford of the Eastern District of New York Pretrial Services and with Assistant United States Attorney Eric Moran having no objection to the modifications of Pretrial Release, and for good and sufficient cause shown;

It is on this _28_ day of ~~December, 2009~~ Jan, 2010;

**ORDERED**, that the conditions of Defendant Tajara Barnes' pretrial release shall be modified as follows:

1. Defendant shall be permitted to relocate to her own apartment in Brooklyn, New York as authorized and approved by Pretrial Services as a suitable residence.

-1-

Pretrial Services is authorized to conduct visits at this residence to ensure compliance with the conditions of pretrial release;

It is further **ORDERED** that all of the remaining conditions of pretrial supervised release, including the designation of her mother Tonya Britt as third party custodian, shall remain in full effect.

_____
HON. DENNIS M. CAVANAUGH, U.S.D.J.

Submitted By:

_____
Paul Condon, Esq.
Attorney for Defendant, Tajara Barnes