WS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Tajara Barnes**                                              Docket No. **09-215-7**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Elizabeth Auson,** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Tajara Barnes**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at 50 Walnut Street, 2D, Newark, New Jersey on January 16, 2009:

$100,000 unsecured appearance bond cosigned by the defendant's father, Noel Barnes with

1. Pretrial Services supervision;
2. Tonya Britt, the defendant's mother is to serve as third party custodian;
3. The defendant shall reside with third party custodian;
4. Surrender passport/do not make application for new travel documents;
5. Travel is restricted to Eastern District of New York and New Jersey unless otherwise approved by Pretrial Services;
6. Seek and/or maintain employment;
7. The defendant shall not have contact with co-defendants in this matter.

Based on the defendant's residence in Brooklyn, New York, she is supervised by the Eastern District of New York.

The defendant entered a guilty plea before Your Honor on April 27, 2010, and is scheduled to be sentenced on August 9, 2010.

On October 7, 2009, Your Honor modified the conditions of bail adding the condition that the defendant participate in mental health evaluation and treatment. On January 28, 2010, the bail conditions were again modified permitting the defendant to relocate to her own apartment in Brooklyn, New York as approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **The modification of the present bail conditions to include drug testing and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this _4_ day of _June_, _2010_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Dennis M. Cavanaugh
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____May 28, 2010_____

_Elizabeth Auson_ (SB)
Elizabeth Auson
U.S. Pretrial Services Officer