```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

|                           |   |                          |
|---------------------------|---|--------------------------|
| UNITED STATES of AMERICA  | : | O R D E R                |
|                           | : |                          |
| v.                        | : | Case No.  9cr215-7(DMC)  |
| TAJARA BARNES             | : |                          |

This matter having come before the Court on a motion by Pretrial Services, Elizabeth Ausion, appearing, to revoke defendants bail conditions pending sentence, and Eric Moran, AUSA, appearing on behalf of the United States, and A. Paul Condon, Esq. Appearing for defendant, and

The court having heard arguments of counsel on the record December 6, 2010; and

For good cause shown;

It is on this 6th day of December 2010  ORDERED that the defendants bail is hereby revoked, and defendant is hereby remanded to the custody of the U.S. Marshal pending sentence scheduled for January 31, 2011 at 11:30a.m.

/S/ DENNIS M. CAVANAUGH
DENNIS M. CAVANAUGH, U.S.D.J.